```
1  NATHAN M. JENKINS (560)
   JERRY C. CARTER (5905)
2  JENKINS & CARTER
   501 Hammill Lane
3  Reno, NV  89511
   (775) 829-7800
4  Attorneys for Defendant FreedomRoad Financial Services
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JANSING, | Case No. 3:12-cv-00227-ECR-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FREEDOMROAD FINANCIAL, | |
| Defendants. | |
| _____/ | |
| FREEDOMROAD FINANCIAL SERVICES, a division of Evergreen Bank Group, an Illinois Charted Banking Institution, | |
| Counterclaimant, | |
| vs. | |
| NICHOLAS JANSING, | |
| Counterdefendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and among the parties to the above-entitled action, through their undersigned counsel of record, that all claims and counterclaims in the above-entitled action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

///

DATED: June 19, 2012

KROHN & MOSS, LTD.

By:  /s/ Douglas S. Baek
Douglas Baek
Attorney for Plaintiff Nicholas Jansing

DATED: June 19, 2012

JENKINS & CARTER

By:  /s/ Jerry C. Carter
Jerry C. Carter
Attorney for Defendant FreedomRoad Financial Services

DATED: June 19, 2012

STRASBURGER & PRICE, LLP

By:  /s/ Allison Reddoch
Allison Reddoch
Attorney for Defendant Trans Union, LLC

DATED: June 19, 2012

JONES DAY

By:  /s/ Michael R. McLively
Michael R. McLively
Attorney for Defendant Experian Information Solutions, Inc.

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-entitled action, including all claims and counterclaims filed therein, shall be, and the same hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

DATED this __21st__ day of __June__, 2012.

_Edward C. Reed_
DISTRICT COURT JUDGE

2